**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7937

WILLIE DEROD BEALE,

　　　　　Petitioner - Appellant,

　　　v.

JUSTIN ANDREWS, Warden,

　　　　　Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:14-hc-02064-FL)

Submitted:  August 26, 2016　　　　Decided:  October 18, 2016

Before SHEDD and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Derod Beale, Appellant Pro Se.  Kristine L. Fritz, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Derod Beale, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Beale v. Andrews, No. 5:14-hc-02064-FL (E.D.N.C. July 2, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED